IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| SABRINA ANN HORTON, | ) | Case No. 10-07399 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Hearing Date: _____, 2011 |
| | ) | Hearing Time: 9:30 a.m. |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):    Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC

Authorized to Provide Professional Services to:    N. Neville Reid, Trustee of the Estate of Sabrina Ann Horton, Chapter 7 Bankruptcy No. 10-07399

Date of Order Authorizing Employment:    **April 5, 2011** (*nunc pro tunc* to **February 15, 2011**)

Period for which Compensation is Sought: **February 15, 2011 through July 22, 2011**

Amount of Fees Sought:    $3,412.50

Amount of Expense Reimbursement Sought:    $    0.00

This is an:    Interim Application ___    Final Application  X

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____-0-_____.

In re: Sabrina Ann Horton
Chapter 7 no. 10-07399
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $375.00 | 7.0 | $ 2,625.00 |
| Michele M. Springer, Attorney | $325.00 | 1.5 | $   487.50 |
| Joshua D. Greene, Attorney | $300.00 | 1.0 | $   300.00 |
| **TOTALS** | | **9.5** | **$ 3,412.50** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: July 22, 2011

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC


By:___/s/ Thomas E. Springer /s/___
     Thomas E. Springer
     One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| SABRINA ANN HORTON, | ) | Case No. 10-07399 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Hearing Date: _____, 2011 |
| | ) | Hearing Time: 9:30 a.m. |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, N. Neville Reid, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from February 15, 2011 through preparation of Applicant's current Final Fee Application, July 22, 2011. The Application represents 9.5 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $3,412.50 and $0.00 for actual and necessary unreimbursed expenses.

The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on February 24, 2010 and N. Neville Reid was appointed as the Chapter 7 Trustee herein. Based on the Debtor's filed Schedules and her testimony at the 341 Meeting of Creditors on April 8, 2010, the Trustee filed a Report of No Assets on April 13, 2010 and the case was closed on June 11, 2010.

Subsequent thereto, the Debtor's attorney contacted the Trustee and advised him that the Debtor received life insurance proceeds in the total amount of $33,500 within 180 days of the filing of the petition. On March 4, 2011, Applicant filed a Motion to Reopen the Case and Direct the U.S. Trustee to reappoint a Chapter 7 Trustee. On March 15, 2011, the Order reopening the Case was entered and on March 23, 2011, N. Neville Reid was reappointed as the Trustee. On April 5, 2011, this Court entered an Order employing Applicant as Counsel to the Trustee, *nunc pro tunc* to February 15, 2011.

The Trustee anticipates that creditors will receive a 100% distribution and the Debtor will also likely receive the surplus of funds.

Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $3,412.50 and expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: July 22, 2011

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:   /s/ Thomas E. Springer
      Thomas E. Springer
      One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

| ATTORNEY TIME | | | | |
|---|---|---|---|---|
| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
| 02/15/11 | E-mail trustee regarding need to reopen estate for Administration of Insurance Recovery Proceeds. | 0.2 | $75.00 | TES |
| 02/15/11 | Pull docket, petition, and schedules for review and conflicts check. | 0.8 | $300.00 | TES |
| 02/25/11 | E-mail correspondence to Trustee regarding no conflicts and need for reopening of case and reappointment by US Trustee. | 0.1 | $37.50 | TES |
| 02/28/11 | E-mail correspondence to Debtor's counsel requesting verification of nature and status of estate proceeds. | 0.1 | $37.50 | TES |
| 03/02/11 | Receipt and review of correspondence and copy of proceeds. | 0.2 | $75.00 | TES |
| 03/02/11 | E-mail correspondence from Debtor's counsel regarding nature of estate assets. | 0.1 | $37.50 | TES |
| 03/04/11 | Preparation and filing of Notice of Motion and Order to reopen case and direct US Trustee to reappoint Ch. 7 Trustee. | 1.0 | $375.00 | TES |
| 03/15/11 | Court appearance on Motion to reopen case and for US Trustee to reappoint Ch 7. Trustee. Order entered. | 1.0 | $375.00 | TES |
| 03/18/11 | E-mail to Trustee regarding re-opening of estate and confirmation of need to contact US Trustee for reappointment and reopen estate. | 0.1 | $37.50 | TES |
| 03/24/11 | Confirmation of Reappointment to Estate of Trustee Reid by US Trustee. Confirmation to Trustee. | 0.4 | $150.00 | TES |
| 03/25/11 | Preparation and filing of notice of motion and order to employ Trustee counsel nunc pro tunc. | 1.0 | $375.00 | TES |
| 03/28/11 | E-mail to Trustee regarding reset 341 and need waiver of Debtor attendance. | 0.1 | $37.50 | TES |
| 03/30/11 | E-mail from debtor's counsel regarding reset 341 Hearing and need for debtors attendance. Confirmation with Trustee and debtors counsel re-attendance at 341 was waived with all documentation and information received and confirmed. | 0.5 | $187.50 | TES |
| 04/01/11 | Correspondence to and confirmation from Debtor's counsel regarding waiver Debtor's attendance at reset 341. | 0.1 | $37.50 | TES |
| 04/05/11 | Court appearance on Trustee's Motion to Employ counsel. Order entered. Nunc pro tunc. | 1.0 | $300.00 | JDG |

**Exhibit A**

| | ATTORNEY TIME | | | |
|---|---|---|---|---|
| 07/05/11 | E-mail to Trustee regarding expiration of claims bar date and claims docket ready for review of timely and untimely filed claims per court claims docket. | 0.1 | $37.50 | TES |
| 07/20/11 | Telephone conference with debtor's counsel regarding status of case. Review of claims docket with only (2) claims filed. Discussion of possible interim partial distribution to debtor vis a vis intending final report in light of finalized claims review. | 0.5 | $187.50 | TES |
| 07/21/11 | E-mail to and from Trustee regarding claims review complete with no objections needed. Estate is surplus and ready for final report and compensation request. Telephone conference with Trustee regarding status of case. | 0.5 | $187.50 | TES |
| 07/21/11 | Preparation of final application for compensation as counsel to the Trustee by Springer, Brown. | 1.5 | $487.50 | MMS |
| 07/21/11 | E-mail confirmation and status and recommendation for final report filing at Trustee to debtor's counsel. | 0.2 | $75.00 | TES |
| | TOTAL | 9.5 | $3,412.50 | |

**Exhibit A**