UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

In re:  §
       §
HORTON, SABRINA ANN   §   Case No. 10-07399
       §
    Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/03/2011 in Courtroom 619,
United States Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/03/2011          By: N. Nevile Reid
                                              Trustee


*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

In re: §
§
HORTON, SABRINA ANN § Case No. 10-07399
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 31,161.19 |
| and approved disbursements of | $ | 15,000.00 |
| leaving a balance on hand of[1] | $ | 16,161.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 1,396.68 | $ 0.00 | $ 1,396.68 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 3,412.50 | $ 0.00 | $ 3,412.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,809.18 |
| Remaining Balance | $ 11,352.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,628.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC assignee CAPITAL ONE | $ 1,180.37 | $ 0.00 | $ 1,180.37 |
| 000002 | Afni, Inc. | $ 448.19 | $ 0.00 | $ 448.19 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,628.56 |
| | Remaining Balance | | $ | 9,723.45 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 29.04 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,694.41 .

                             Prepared By: /s/N. Neville Reid
                                                              Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-07399-JPC
Sabrina Ann Horton                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 2             Date Rcvd: Oct 04, 2011
                              Form ID: pdf006           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2011.
```
db          +Sabrina Ann Horton,   11312 S Eggleston Ave,    Chicago, IL 60628-4736
15150536    +AT&T Mobility,   Bankruptcy Department,    PO Box 6428,   Carol Stream, IL 60197-6428
15150535    +AT&T Mobility,   C/O Afni, INC.,    Po Box 3427,   Bloomington, IL 61702-3427
15150548    +Blatt, Hasenmiller, Leibsker, & Moore,    125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
15150542    +Blitt and Gaines, PC,   Bankruptcy Department,    661 Glenn Ave., Wheeling, IL 60090-6017
15150558   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Bankruptcy Department,   PO Box 85015,
             Richmond, VA 23285)
15150541    +Citibank,   C/O LVNV Funding LLC,    Po Box 740281,   Houston, TX 77274-0281
15150566    +Clerk, First Mun Div,   Doc# 07-M1-252742,    50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
15150557    +Clerk, First Mun Div,   Doc# 08-M1-188949,    50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
15150561    +Clerk, First Mun Div,   Doc# 09-M1-101007,    50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
15150559    +Clerk, First Mun Div,   Doc# 09-M1-181074,    50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
15150567    +Credit Protection Association,   Bankruptcy Department,    13355 Noel Rd., 21st floor,
             Dallas, TX 75240-6837
15150562    +Dr. Leonard's,   c/o Bonded Collection Corp.,    29 E. Madison St., #1650,
             Chicago, IL 60602-4427
15150551    +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
15150553    +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
15150568    +Financial Asset Mgmt Systems,   Bankruptcy Department,    PO Box 451409,   Atlanta, GA 31145-9409
15150570     HFC,   Attn: Bankruptcy Department,    PO Box 4153,   Carol Stream, IL 60197-4153
15150571    +HSBC,   Bankruptcy Department,    PO Box 5222,   Carol Stream, IL 60197-5222
15150550    +HSBC,   Bankruptcy Department,    PO Box 5253,   Carol Stream, IL 60197-5253
15150555    +Midnight Velvet,   Attn: Bankruptcy Dept.,    1112 7Th Ave,   Monroe, WI 53566-1364
15150545    +Sam's Club/GEMB,   C/O LVNV Funding LLC,    Po Box 740281,   Houston, TX 77274-0281
15150554    +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
15150544    +Weltman, Weinberg & Reis Co.,   Bankruptcy Department,    180 N. LaSalle St., Ste. 2400,
             Chicago, IL 60601-2704
15150537    +Wow Cable,   C/O Credit Management LP,    4200 International Pkwy,   Carrollton, TX 75007-1912
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17063756    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 05 2011 02:36:05
             Asset Acceptance LLC assignee CAPITAL ONE,    PO Box 2036,   Warren, MI 48090-2036
15150563    +E-mail/Text: ACF-EBN@acf-inc.com Oct 05 2011 02:37:53     Atlantic Credit & Finance, Inc,
             Attn: Bankruptcy Dept.,   PO Box 13386,   Roanoke, VA 24033-3386
15150539    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 05 2011 02:36:05     Capital One,
             C/O Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
15150556     E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2011 02:46:43
             Capital Recovery III LLC (Citibank-Sears Premier,   Card),
             c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
15150549    +E-mail/Text: brenden.magnino@mcmcg.com Oct 05 2011 02:36:11     HSBC Bank,
             C/O Midland Credit MGMT,   8875 Aero Dr,   San Diego, CA 92123-2251
15150569    +E-mail/Text: bkynotice@harvardcollect.com Oct 05 2011 02:50:10     Harvard Collection Services,
             Bankruptcy Department,   4839 N. Elston Ave.,   Chicago, IL 60630-2534
15150547    +E-mail/Text: brenden.magnino@mcmcg.com Oct 05 2011 02:36:11     Newport News/FCNB,
             C/O Midland Credit MGMT,   8875 Aero Dr,   San Diego, CA 92123-2255
15150560     E-mail/Text: bkr@cardworks.com Oct 05 2011 02:37:48     Newport News/FCNB,
             Attn: Bankruptcy Dept.,   PO Box 5811,   Hicksville, NY 11802-5811
15150546     E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2011 02:46:42     Sam's Club/GEMB,
             Bankruptcy Department,   PO Box 103036,   Roswell, GA 30076
15150540    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 05 2011 02:36:05     Sanjay S. Jutla, Esq.,
             Bankruptcy Department,   55 E. Jackson, 16th floor,   Chicago, IL 60604-4106
15150543    +E-mail/Text: resurgentbknotifications@resurgent.com Oct 05 2011 02:49:29
             Sears Bankruptcy Recovery,   C/O LVNV Funding LLC,   Po Box 740281,   Houston, TX 77274-0281
15150538    +E-mail/Text: wow_bankruptcy@wideopenwest.com Oct 05 2011 02:50:10     Wow Cable,
             Bankruptcy Department,   Box 5715,   Carol Stream, IL 60197-5715
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty          Springer Brown Covey Gaertner & Davis LLC
15150565*   +Atlantic Credit & Finance, Inc,   Attn: Bankruptcy Dept.,   PO Box 13386,
             Roanoke, VA 24033-3386
15150564*   +Blitt and Gaines, PC,   Bankruptcy Department,   661 Glenn Ave., Wheeling, IL 60090-6017
17417447   ##+Afni, Inc.,   PO BOX 3667,   Bloomington, IL 61702-3667
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Oct 04, 2011
                              Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2011**                     **Signature:**     _Joseph Speetjens_