UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HORTON, SABRINA ANN § Case No. 10-07399
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants: Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on               . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/N. Neville Reid_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sabrina Ann Horton |  |  |  |
| SABRINA ANN HORTON |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| [x] None |  |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AT&T Mobility C/O Afni, INC. Po Box 3427 Bloomington IL 61702 | | | | | |
| | 10 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 11 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 12 Financial Asset Mgmt Systems Bankruptcy Department PO Box 451409 Atlanta GA 31145 | | | | | |
| | 13 Harvard Collection Services Bankruptcy Department 4839 N. Elston Ave. Chicago IL 60630 | | | | | |
| | 14 HFC Attn: Bankruptcy Department PO Box 4153 Carol Stream IL 60197-4153 | | | | | |
| | 15 HSBC Bankruptcy Department PO Box 5222 Carol Stream IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 HSBC Bank C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | | | | |
| | 17 Midnight Velvet Attn: Bankruptcy Dept. 1112 7Th Ave Monroe WI 53566 | | | | | |
| | 18 Newport News/FCNB C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | | | | |
| | 19 Newport News/FCNB Attn: Bankruptcy Dept. PO Box 5811 Hicksville NY 11802-5811 | | | | | |
| | 2 Atlantic Credit & Finance, Inc Attn: Bankruptcy Dept. PO Box 13386 Roanoke VA 24033 | | | | | |
| | 20 Sam's Club/GEMB C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| | 21 Sears Bankruptcy Recovery C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 23 Wow Cable C/O Credit Management LP 4200 International Pkwy Carrollton TX 75007 | | | | | |
| | 3 Atlantic Credit & Finance, Inc Attn: Bankruptcy Dept. PO Box 13386 Roanoke VA 24033 | | | | | |
| | 4 Capital One C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |
| | 5 Capital One Bankruptcy Department PO Box 85015 Richmond VA 23285 | | | | | |
| | 6 Citibank C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| | 7 Citibank Bankruptcy Department PO Box 6000 The Lakes NV 89163-6000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Credit Protection Association Bankruptcy Department 13355 Noel Rd., 21st floor Dallas TX 75240 | | | | | |
| | 9 Dr. Leonard's c/o Bonded Collection Corp. 29 E. Madison St., #1650 Chicago IL 60602 | | | | | |
| | AT&T Mobility Bankruptcy Department PO Box 6428 Carol Stream IL 60197 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | Blitt and Gaines, PC Bankruptcy Department 661 Glenn Ave. Wheeling IL 60090 | | | | | |
| | Blitt and Gaines, PC Bankruptcy Department 661 Glenn Ave. Wheeling IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk, First Mun Div Doc# 07-M1-252742 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc# 08-M1-188949 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc# 09-M1-101007 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc# 09-M1-181074 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | HSBC Bankruptcy Department PO Box 5253 Carol Stream IL 60197 | | | | | |
| | Sam's Club/GEMB Bankruptcy Department PO Box 103036 Roswell GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sanjay S. Jutla, Esq. Bankruptcy Department 55 E. Jackson, 16th floor Chicago IL 60604 | | | | | |
| | Weltman, Weinberg & Reis Co. Bankruptcy Department 180 N. LaSalle St., Ste. 2400 Chicago IL 60601 | | | | | |
| | Wow Cable Bankruptcy Department Box 5715 Carol Stream IL 60197 | | | | | |
| 000002 | AFNI, INC. | | | | | |
| 000001 | ASSET ACCEPTANCE LLC ASSIGNEE CAPIT | | | | | |
| | AFNI, INC. | | | | | |
| | ASSET ACCEPTANCE LLC ASSIGNEE CAPIT | | | | | |
| | THOMAS E. SPRINGER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 10-07399 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | HORTON, SABRINA ANN | | | Date Filed (f) or Converted (c): | 02/24/10 (f) |
| | | | | 341(a) Meeting Date: | 04/08/10 |
| For Period Ending: 04/19/12 | | | | Claims Bar Date: | 06/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods; TV, DVD player, computer, enterta | 600.00 | 0.00 | DA | 0.00 | FA |
| 2. Books, CDs, tapes, DVDs, family pictures | 80.00 | 0.00 | DA | 0.00 | FA |
| 3. Necessary wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Earrings, watch, costume jewelry | 30.00 | 0.00 | DA | 0.00 | FA |
| 5. Whole life insurance with United Insurance - polic | 53.00 | 53.00 | | 31,156.00 | FA |
| 6. Whole life insurance with United Insurance - polic | 147.00 | 0.00 | DA | 0.00 | FA |
| 7. Whole life insurance with United Insurance - polic | 956.00 | 0.00 | DA | 0.00 | FA |
| 8. Whole life insurance with United Insurance - polic | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 2002 Chevy Cavalier - over 92,000 miles | 925.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.19 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,991.00 | $53.00 | $31,161.19 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed, fees approved, distributions made to debtor and creditor, and final account filed with UST 12/28/11.

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 16.06a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-07399 -JPC | | Trustee Name: | N. Neville Reid |
| Case Name: | HORTON, SABRINA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6822 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/10 | 5 | Money Order from Sabrina Horton | | 1121-000 | 1,156.00 | | 1,156.00 |
| 09/20/10 | 5 | Money Order from Sabrina Horton #407566 | | 1121-000 | 5,000.00 | | 6,156.00 |
| 09/20/10 | 5 | Money Order from Sabrina Horton #407567 | | 1121-000 | 5,000.00 | | 11,156.00 |
| 09/20/10 | 5 | Money Order from Sabrina Horton #407568 | | 1121-000 | 5,000.00 | | 16,156.00 |
| 09/20/10 | 5 | Money Order from Sabrina Horton #407569 | | 1121-000 | 5,000.00 | | 21,156.00 |
| 09/20/10 | 5 | Money Order from Sabrina Horton #407570 | | 1121-000 | 5,000.00 | | 26,156.00 |
| 09/20/10 | 5 | Money Order from Sabrina Horton #407571 | | 1121-000 | 5,000.00 | | 31,156.00 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 31,156.20 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,156.99 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 31,157.76 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,158.55 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,159.34 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 31,159.58 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,159.84 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 31,160.09 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 31,160.36 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,160.62 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,160.88 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 31,161.15 |
| 09/06/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 31,161.19 |
| 09/06/11 | | Transfer to Acct #*******6974 | Final Posting Transfer | 9999-000 | | 31,161.19 | 0.00 |

Page Subtotals    31,161.19    31,161.19

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-07399 -JPC | |
| Case Name: | HORTON, SABRINA ANN | |
| Taxpayer ID No | *******6156 | |
| For Period Ending: | 04/19/12 | |

| | | |
|---|---|---|
| Trustee Name: | N. Neville Reid | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******6822 Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,161.19 | 31,161.19 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 31,161.19 | |
| | | | Subtotal | | 31,161.19 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 31,161.19 | 0.00 | |

Page Subtotals 0.00 0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-07399 -JPC | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | HORTON, SABRINA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6974  BofA - Checking Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/11 | | Transfer from Acct #*******6822 | Transfer In From MMA Account | 9999-000 | 31,161.19 | | 31,161.19 |
| 09/20/11 | 003001 | Sabrina Ann Horton<br>11312 S Eggleston<br>Chicago, IL  60628 | Partial Payment of Debtor Surplus | 8200-002 | | 15,000.00 | 16,161.19 |
| 11/08/11 | 003002 | N. Neville Reid as Trustee<br>200 West Madison Street<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,396.68 | 14,764.51 |
| 11/08/11 | 003003 | Thomas E. Springer | Allowance of Fees and Expenses | | | 3,432.16 | 11,332.35 |
| | | | Fees         3,392.95 | 3210-000 | | | |
| | | | Expenses        19.55 | 3220-000 | | | |
| | | | Interest         19.66 | 7990-000 | | | 11,332.35 |
| 11/08/11 | 003004 | Asset Acceptance LLC assignee CAPITAL ONE<br>PO Box 2036<br>Warren, MI 48090 | Claim 000001, Payment 100.57609% | | | 1,187.17 | 10,145.18 |
| | | | Claim         1,180.37 | 7100-000 | | | |
| | | | Interest           6.80 | 7990-000 | | | |
| 11/08/11 | 003005 | Afni, Inc.<br>PO BOX 3667<br>Bloomington, IL 61702 | Claim 000002, Payment 100.57565% | | | 450.77 | 9,694.41 |
| | | | Claim           448.19 | 7100-000 | | | |
| | | | Interest           2.58 | 7990-000 | | | |
| 11/08/11 | 003006 | SABRINA ANN HORTON<br>11312 S EGGLESTON AVE<br>CHICAGO, IL  60628 | Surplus Funds | 8200-002 | | 9,694.41 | 0.00 |

Page Subtotals     31,161.19     31,161.19

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Page: 4

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-07399 -JPC | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | HORTON, SABRINA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6974 BofA - Checking Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---:|---:|---:|
| COLUMN TOTALS | 31,161.19 | 31,161.19 | 0.00 |
| Less: Bank Transfers/CD's | 31,161.19 | 0.00 | |
| Subtotal | 0.00 | 31,161.19 | |
| Less: Payments to Debtors | | 24,694.41 | |
| Net | 0.00 | 6,466.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Money Market Account (Interest Earn - ********6822 | 31,161.19 | 0.00 | 0.00 |
| BofA - Checking Account - ********6974 | 0.00 | 6,466.78 | 0.00 |
| | 31,161.19 | 6,466.78 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*